IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDDIE ALBERT ORTIZ,**

       **Plaintiff,**

  vs.                                    **No. CIV 15-445 SMV**

**CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,**

       **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1) Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **January 8, 2016.**

(2) Defendant shall file a Response no later than **March 4, 2016.**

(3) Plaintiff may file a Reply no later than **April 4, 2016.**

(4) All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**