IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDDIE ALBERT ORTIZ,

    Plaintiff,

v.                                                                                                  No. 15-cv-0445 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

    THIS MATTER is before the Court on Defendant's Unopposed Motion to Remand [Doc. 20], filed on May 2, 2016. The Court finds that remand for further administrative proceedings are appropriate. This case is remanded pursuant to the fourth sentence of 42 U.S.C. § 205(g). On remand, the Appeals Council will direct the administrative law judge ("ALJ") to provide Plaintiff with the opportunity to submit additional evidence and attend a supplemental hearing. The ALJ will evaluate all the opinion evidence of record, explain the weight given to each opinion, and provide reasons for the weight given with appropriate citations to the record. The ALJ will obtain supplemental vocational expert evidence as necessary to determine whether Plaintiff can perform past relevant work or other work existing in significant numbers in the national economy. The ALJ will consider the entire record and proceed through the sequential evaluation process as necessary to issue a de novo decision.

    **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Remand [Doc. 20] be **GRANTED**.

                                                                                       _____
                                                                                      **STEPHAN M. VIDMAR**
                                                                                      **United States Magistrate Judge**
                                                                                      **Presiding by Consent**